**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **APRIL OLDFIELD LEGGETT** | § | |
| | § | **CIVIL ACTION NO. ________________** |
| **VS.** | § | |
| | § | |
| **WALMART STORES, INC.** | § | |

**INDEX OF ATTACHED STATE COURT PLEADINGS AND FILING DATES**

| | | |
|---|---|---|
| 1. | State Court Docket Sheet | 05.21.25 |
| 2. | Plaintiff's Original Petition | 04.11.25 |
| 3. | Request for Issuance of Citation for Defendant | 04.15.25 |
| 4. | Return of Service of Citation for Defendant | 04.29.25 |
| 5. | Defendant's Original Answer | 05.16.25 |

**EXHIBIT A**