FILED
MCLENNAN COUNTY
4/11/2025 9:38 AM
JON R. GIMBLE
DISTRICT CLERK
Paige Edmundson

CAUSE NO. _____  2025-976-4

| | | |
|---|---|---|
| APRIL OLDFIELD LEGGETT | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | 170TH ____ JUDICIAL DISTRICT |
| | § | |
| WALMART STORES, INC. | § | |
| Defendant. | § | MCLENNAN COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **APRIL OLDFIELD LEGGETT**, hereinafter called Plaintiff, complaining of and about **WALMART STORES, INC.**, hereinafter called Defendant, and for cause of action files this Petition and shows the Court the following:

### I.
### CLAIMS FOR RELIEF AND DISCOVERY CONTROL PLAN

1.     Plaintiff intends that discovery be conducted under Discovery Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

### II.
### PARTIES

2.     Plaintiff **APRIL OLDFIELD LEGGETT** is an individual residing in McLennan County, Texas.

3.     Defendant **WAL-MART STORES, INC.** a foreign corporation authorized to do business in the State of Texas and is being served with process by serving its registered agent, CT Corporation System located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201. (Citation Requested).

### III.

---

**EXHIBIT C**

## JURISDICTION AND VENUE

4.      This Court has jurisdiction over the Defendant because Defendant is a resident of the State of Texas. Venue is proper in **McLennan County** because Defendant lives or does business in this venue. TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

5.      Pursuant to Tex. R. Civ. P. 47 this is a cause of action that exceeds $1,000,000.00 in damages and is within the Court's jurisdictional limits.

### IV.
### FACTS

6.      At all times material hereto, **Defendant WALMART STORES, INC.** was the owner of the premises located at 733 Sun Valley Blvd, Hewitt, Texas 76643.

7.      On or about **September 4, 2023**, Plaintiff **APRIL OLDFIELD LEGGETT** was shopping at Walmart located at 733 Sun Valley Blvd, Hewitt, Texas 76643 when she slipped on water that had spilled on the floor right outside the bathroom area. The spilled water was coming from a self-dispensing water machine that fills out gallon water containers. At all material times, Defendant failed to maintain a safe premises and/or warn of any defective and dangerous conditions within. Defendant's conduct was the proximate cause of the damages and injuries complained of in this petition in which Defendant, knew or, in the exercise of ordinary care, should have known the premises were unsafe, defective, and/or hazardous.

8.      At all material times, Defendant's conduct left the premises unreasonably safe, which was the proximate cause of Plaintiff's fall, and which caused Plaintiff's injuries and damages, and the need for the medical treatment she subsequently received. Plaintiff injuries and damages caused by the fall caused her physical pain, anxiety, and the need to undergo invasive procedures, which may result in pain and injuries that may be permanent in nature.

9.      The occurrence made the basis of this suit, reflected above, and the resulting injuries and damages were proximately caused by the defective premise and negligent actions of

the Defendant. Defendant breached the duty of care they owed to Plaintiff and were both negligent and grossly negligent in their failure to exercise ordinary care in the safety of Plaintiff and a safe premise. Plaintiff was owed a duty to use ordinary care, including the duty to protect and safeguard Plaintiff from unreasonably dangerous conditions on the premises, to warn of their existence, or to perform negligent acts causing harm to the Plaintiff. Plaintiff seeks all applicable damages available under Texas law.

## V.
## <u>NEGLIGENCE CAUSE OF THE DEFENDANT</u>

10. On the occasion in question, the Defendants and their agents, servants, and employees were guilty of negligence towards the Plaintiff in the following respects:

    a.    Failing to provide for the safety of Plaintiff under the knowingly dangerous circumstances;

    b.    Failing to warn invitees, including the Plaintiff, that the area in question should be approached with caution;

    c.    Failing to remove the dangerous condition or warn of its existence;

    d.    Failing to instruct or train its agents, servants, and employees to maintain a hazard free environment;

    e.    Failing to safely inspect the premises for hazardous conditions;

Each and all of the foregoing acts and or omissions were negligent and constituted negligence and were each and all the proximate cause of the incident which forms the basis of this suit, and was a proximate cause of Plaintiff's injuries and damages.

## VI.
## <u>PROXIMATE CAUSE</u>

11. Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitutes a direct and proximate cause of the injuries and damages set forth below.

12.    Each of said acts and omissions, singularly and or in any combination with others, constitutes negligence and gross negligence, which proximately caused the dangerous condition and caused Plaintiff's injuries and other losses as specifically set forth herein, all of which Plaintiff suffered and which he will continue to suffer in the future, if not for the remainder of his natural life.

## VII.
## DAMAGES

13.    As a direct result of the conduct of Defendant, and their employees, Plaintiff suffered severe injuries to her body, more specifically, to her ankle and back. Due to the injuries Plaintiff sustained as a result of her fall caused by Defendant, Plaintiff was forced to undergo various invasive medical procedures and has been recommended surgery. The injuries are permanent in nature. The injuries have had a serious effect on Plaintiff's health and well-being. Some of the effects are permanent and will abide with Plaintiff for a long time in to the future, if not for her entire life. These specific injuries and their ill effects have, in turn, caused Plaintiff's physical and mental conditions to deteriorate generally and the specific injuries and ill effects have caused and will, in all reasonable probability, cause Plaintiff to suffer consequences and ill effects of the deterioration of her body for long in to the future if not for the balance of her natural life. As a result of the nature and consequences of her injury Plaintiff has suffered great physical and mental pain, suffering and anguish and in all reasonable probability, will continue to suffer in this manner for a long time in to the future, if not for the balance of her natural life. By reason of all the above Plaintiff has suffered losses and damages in a sum within the jurisdictional limits of this Court and for which this lawsuit is brought.

14.    As a further result of all of the above, Plaintiff has incurred expenses for medical care and attention. These expenses were incurred for the necessary care and treatment of injuries resulting from the incident complained of. The charges are reasonable and were the usual and customary charges made for the services.

15.     Plaintiff affirmatively pleads that she seeks monetary relief in the maximum amount allowed by the court excluding costs, pre-judgment interest and attorneys' fees. Plaintiff further seeks mitigated exemplary damages for Defendants' grossly negligent conduct, in an amount not less than three (3) times Plaintiff's actual damages and or in such an amount as may be allowed by law.

16.     As a further result of the injuries sustained by Plaintiff, there is reasonable probability that she will require further medical care and attention and will incur future reasonable and necessary expenses for her medical care and attention.

17.     Plaintiff further requests both pre-judgment and post-judgment interest on all damages as allowed by law.

## VIII.
## PREJUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff further requests both pre-judgment and post judgment interest on all his damages as allowed by law.

## IX.
## JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Plaintiff hereby makes application for a jury trial and request that this cause be set on the Court's Jury Docket. Plaintiff acknowledges payment this date of the required jury fee.

## X.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests that the Defendant be cited to appear and answer, and on final trial hereafter, the Plaintiff has judgment against the Defendant in an amount within the jurisdictional limits of this Court, together with all pre-judgment and post-judgment interest as allowed by law, costs of Court, and for such other and further relief to which Plaintiff may be justly entitled by law and equity, including, but not limited to:

1. Pain and suffering in the past;
2. Pain and suffering in the future;
3. Mental anguish in the past;
4. Mental anguish in the future;
5. Past medical expenses;
6. Future medical expenses;
7. Physical impairment in the past;
8. Physical impairment in the future;
9. Physical disfigurement in the past;
10. Physical disfigurement in the future;
11. Pre-judgment interest;
12. Post judgment interest;
13. Exemplary damages;
14. Lost wages; and
15. Future loss of earning capacity.

Respectfully submitted,

**McCormick Law Firm**
400 South Industrial Blvd., Ste 200
Euless, TX 76040
Telephone:     (682) 444-4444
Facsimile:     (972) 982-7618

By: /s/ Jose F. Quiles III_____
  Jose F. Quiles III
  State Bar No. 24105127
  W. Cagney McCormick
  State Bar No. 24083473
  Email: jquiles@theinjuryattorney.law
**Attorneys for Plaintiff**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Nancy Guedea on behalf of Jose Quiles
Bar No. 24105127
NGuedea@theinjuryattorney.law
Envelope ID: 99554067
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 4/11/2025 10:44 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Fahar Jumma | | fjumma@theinjuryattorney.law | 4/11/2025 9:38:12 AM | SENT |
| Nancy Guedea | | NGuedea@theinjuryattorney.law | 4/11/2025 9:38:12 AM | SENT |
| Jose Quiles | | JQuiles@theinjuryattorney.law | 4/11/2025 9:38:12 AM | SENT |

## Case

**Case Number**
2025-976-4

**Description**

**Location**
McLennan County - District Clerk

**Category**
Civil - Injury or Damage

**Case Type**
Premises

**Status**

**Filed Date**
No Date Provided

**Judge**

FILED
2025 APR 11 AM 11: 20
JON R. GIMBLE
DISTRICT CLERK
MCLENNAN CO. TX.
DEPUTY

## Envelope # 99554067

**Submit Date**
04/11/2025 9:38 AM CDT

**Filing Attorney**
Jose Quiles

**Filing Source**
MyFileRunner

**Firm Address**
400 South Industrial Blvd.
Euless, Texas 76040

**Filer Email**
NGuedea@theinjuryattorney.law

**Docket Date**
04/11/2025 9:38 AM CDT

**Filed By**
Nancy Guedea

**Firm Name**
McCormick Law Firm

**Firm Phone**
682-444-4444

**Filer Type**
Not Applicable

## Existing Parties

2 Parties

| Party Type | Party Name | Lead Attorney |
|------------|------------|---------------|
| Plaintiff | April Oldfield Leggett | Jose Quiles |
| Defendant | Walmart Stores, Inc | |

## Filings

1 Filing(s)

**Petition**

**Status**
Accepted By Court

**Filing Type**
EFileAndServe

**Reference Number**
April Oldfield Leggett/ 24-119020

**Filing Description**
Plaintiff's Original Petition

**Filing Comments**
Please email citation to nguedea@theinjuryattorney.law

**Filing Courtesy Copies**

**Review Date**
04/11/2025 10:45 AM CDT

**Accept Comments**
PLEASE NOTE: ISSUANCE FEE WAS REMOVED. YOU NEED TO FILE A WRITTEN REQUEST OF ISSUANCE AND PAY THE $8 CITATION AND $6 COPY FEE.

## Documents

| Component | Document Name | Description | Security | Download Version | Document Size |
|---|---|---|---|---|---|
| Lead Document | Plaintiff's Original Petition.pdf | Plaintiffs Original Petition | Contains sensitive data | Original Transmitted | 160.59 KB 171.43 KB |

## Service

| No Service |
|---|

## Parties with no Contacts for Service

2 Party(s) without Service

| | Search by Party Name | SEARCH | RESET |
|---|---|---|---|

| Party Name | Email Address | Address |
|---|---|---|
| Leggett, April Oldfield | | 1364 E Rocket Rd, Lorena, Texas 76655 |
| Walmart Stores, Inc | | 1999 Bryan Street, Suite 900, Dallas, Texas 75201 |

## Fees

### Description of Fees and Amounts

**Petition**

| | |
|---|---|
| Filing Fee | $0.00 |
| | Filing Total: $0.00 |

**Total Fees**

| | |
|---|---|
| Total Filing Fees | $0.00 |
| Court Case Fee | $350.00 |
| Payment Service Fee | $10.30 |
| Provider E-File Fee | $6.00 |
| Provider Tax | $0.50 |
| | Envelope Total: $366.80 |

## Payment Information

**Payment Account**
Bank Of America2

**Payment Type**
CreditCard

**Party Responsible for Fees**
April Oldfield Leggett

**Order ID**
099554067-1

**Transaction Amount**
$366.80

**Transaction ID**

146860291

Transaction Response

Payment Complete

CLOSE

FILED
MCLENNAN COUNTY
4/15/2025 1:56 PM
JON R. GIMBLE
DISTRICT CLERK
Sandra Cote



# JON R. GIMBLE

## DISTRICT CLERK

**McLENNAN COUNTY COURTHOUSE**
501 Washington Ave., Suite 300 Annex
WACO, TEXAS 76701
254-757-5057 OR 757-5054

## REQUEST FOR ISSUANCE

CAUSE NUMBER: 2025-976-4          DATE: 4/14/2025

PERSON TO BE SERVED: Walmart Stores, Inc

ADDRESS TO SERVE: 1999 Bryan Street, Suite 900, Dallas, Texas 75201

FEES PAID BY: CHECK ☐  CASH ☐  DEBIT ☐  OATH ☑  CREDIT CARD (INCLUDES PROCESSING FEE) ☐

**ISSUANCE:**

CITATION ☑                NOTICE OF HEARING/CONTEMPT _____

TRO ☐                     PROTECTIVE ORDER ☐

WRIT OF (SPECIFY) ☐       OTHER (SPECIFY) _____

**SERVICE:**

DELIVER TO ATTORNEY                    jquiles@theinjuryattorney.law
                                       _____

DELIVER TO CONSTABLE                   _____

DELIVER TO PRIVATE PROCESS SERVER (SPECIFY)   _____

DELIVER TO SHERIFF                     _____

**REQUESTED BY:**
(PLEASE PRINT)

BY      Jose F. Quiles III

FIRM    McCormick Law Firm

CONTACT NO. 972-445-8383

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Guedea on behalf of Jose Quiles
Bar No. 24105127
NGuedea@theinjuryattorney.law
Envelope ID: 99693643
Filing Code Description: No Fee Documents
Filing Description: Request for Issuance
Status as of 4/15/2025 2:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Guedea | | NGuedea@theinjuryattorney.law | 4/15/2025 1:56:53 PM | SENT |
| Fahar Jumma | | fjumma@theinjuryattorney.law | 4/15/2025 1:56:53 PM | SENT |
| Jose Quiles | | JQuiles@theinjuryattorney.law | 4/15/2025 1:56:53 PM | SENT |

# Case

**Case Number**
2025-976-4

**Description**

**Location**
McLennan County - District Clerk

**Category**
Civil - Injury or Damage

**Case Type**
Premises

**Status**

**Filed Date**
No Date Provided

**Judge**

## Envelope # 99693643

| | |
|---|---|
| **Submit Date** | **Docket Date** |
| 04/15/2025 1:56 PM CDT | 04/15/2025 1:56 PM CDT |
| **Filing Attorney** | **Filed By** |
| Jose Quiles | Nancy Guedea |
| **Filing Source** | **Firm Name** |
| Odyssey File & Serve | McCormick Law Firm |
| **Firm Address** | **Firm Phone** |
| 400 South Industrial Blvd. | 682-444-4444 |
| Euless, Texas 76040 | |
| **Filer Email** | **Filer Type** |
| NGuedea@theinjuryattorney.law | Not Applicable |

## Existing Parties

2 Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | April Oldfield Leggett | Jose Quiles |
| Defendant | Walmart Stores, Inc | |

## Filings

1 Filing(s)

**No Fee Documents**

**Status**
Accepted By Court

**Filing Type**
EFileAndServe

**Reference Number**
April Leggett/ 24-119020

**Filing Description**
Request for Issuance

**Filing Comments**

**Filing Courtesy Copies**

**Review Date**
04/15/2025 2:24 PM CDT

**Accept Comments**
FYI, WE DO NOT EMAIL/ESERVE ISSUANCES, THEY WILL BE MAILED TO YOUR OFFICE.

## Documents

| Component | Document Name | Description | Security | Download Version | Document Size |
|-----------|---------------|-------------|----------|------------------|---------------|
| Lead Document | Request-for-Issuance.pdf | Request-for-Issuance.pdf | Contains sensitive data | Original | 93.16 KB |
| | | | | Transmitted | 150.96 KB |

## Service

| No Service |
|-----------|

## Parties with no Contacts for Service

2 Party(s) without Service

| Search by Party Name | | SEARCH | RESET |
|---|---|---|---|

| Party Name | Email Address | Address |
|------------|---------------|---------|
| Leggett, April Oldfield | | 1364 E Rocket Rd, Lorena, Texas 76655 |
| Walmart Stores, Inc | | 1999 Bryan Street, Suite 900, Dallas, Texas 75201 |

## Fees

### Description of Fees and Amounts

**No Fee Documents**

| | |
|---|---|
| Filing Fee | $0.00 |
| Issue Citation | $8.00 |
| Copies - Service (7 x $1.00) | $7.00 |
| Filing Total: | $15.00 |

**Total Fees**

| | |
|---|---|
| Total Filing Fees | $15.00 |
| Payment Service Fee | $1.00 |
| Envelope Total: | $16.00 |

## Payment Information

**Payment Account**
Bank Of America2

**Payment Type**
CreditCard

**Party Responsible for Fees**
April Oldfield Leggett
Order ID
099693643-0

**Transaction Amount**
$16.00

**Transaction ID**
147067412

**Transaction Response**
Payment Complete

FILED
MCLENNAN COUNTY
4/29/2025 1:52 PM
JON R. GIMBLE
DISTRICT CLERK
Shalakeia Richardson

## RETURN OF SERVICE

**State of Texas**          **County of McLennan**          **170th Judicial District Court**

Case Number: 2025-976-4

Plaintiff:
**APRIL OLDFIELD LEGGETT**

vs.

Defendant:
**WALMART STORES, INC.**

BBW2025004888-2

Received by Larry Lathan on the 22nd day of April, 2025 at 3:58 pm to be served on **WALMART STORES, INC. BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201.**

I, Larry Lathan, do hereby affirm that on the **25th day of April, 2025 at 2:24 pm, I:**

Served an authorized agent by delivering a true copy of the **CITATION / PLAINTIFF'S ORIGINAL PETITION** with the date and hour of service endorsed thereon by me, to: **George Martinez** as **Intake Specialist** at the address of: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201** on behalf of **WALMART STORES, INC.,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is Larry Lathan, I am at least 18 years old and my address is Work Address Of 1406 W. Salinas
San Antonio, TX 78207, and the United States of America. I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas on April 28th, 2025 by Larry Lathan declarant."

**Larry Lathan**
PSC-10621 Exp.10/31/2025

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2025004888

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0c

# CITATION

THE STATE OF TEXAS

Cause No: 2025-976-4

TO: WALMART STORES, INC., A FOREIGN CORPORATION, DEFENDANT - BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201

GREETINGS:

**YOU ARE HEREBY COMMANDED** to appear before the Honorable District Court below, of McLennan County, Texas, at the Courthouse of said County located at 501 Washington Avenue in Waco, Texas, by filing a written answer with the Clerk of the Court, at or before 10 o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation, to the pleading described below, in the cause number described below on the docket of said court, and styled,

PARTIES TO THIS ACTION ARE:

APRIL OLDFIELD LEGGETT                                    Plaintiff

VS.

WALMART STORES, INC., A FOREIGN CORPORATION              Defendant

Court: 170TH JUDICIAL DISTRICT
Pleading: PLAINTIFF'S ORIGINAL PETITION
Pleading File Date: APRIL 11, 2025
Cause No: 2025-976-4

## NOTICE

*You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and the above pleading, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org*

The officer executing this citation shall promptly serve the same according to requirements of law, and the mandates hereof, and make due return as the law directs.

**ISSUED AND GIVEN UNDER MY HAND AND SEAL OF OFFICE,** at Waco, McLennan County, Texas.
Issue Date: APRIL 16, 2025.

JOSE F. QUILES III                          Jon R. Gimble, District Clerk
400 SOUTH INDUSTRIAL BOULEVARD              501 Washington Ave., Suite 300 Annex
SUITE 200                                   Waco, McLennan County, Texas 76701
EULESS, TEXAS 76040
Attorney for Plaintiff                      By _____, Deputy
                                               NIKKI L. PRICE

NM

## RETURN OF SERVICE

Style: **APRIL OLDFIELD LEGGETT VS. WALMART STORES, INC., A FOREIGN CORPORATION**
Cause No: **2025-976-4**
Court: **170TH JUDICIAL DISTRICT**
Paper#: **1**
Pleading: **PLAINTIFF'S ORIGINAL PETITION**

Came to hand on the _____ day of _____, 20_____ at _____o'clock _____M. and executed on the _____

day of _____, 20_____ by delivering to the party designated in the citation, to-wit:

_____

_____

at _____o'clock ____M; in person, a true copy of this citation with a true and correct copy of the pleading attached

thereto, having first endorsed on such copy of said citation the date of delivery.

FEES: Serving one (1) copy

Total $_____ NO SHERIFF OR CONSTABLE         _____
                          FEES COLLECTED                 _____ County, Texas

                                                         By _____


**NOT EXECUTED FOR THE FOLLOWING REASONS** _____

and having attempted on _____.


"My name is _____ (First) _____ (Middle) _____ (Last), my

date of birth is _____, and my address is _____

_____.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State

of Texas, on the _____ day of _____ (Month) _____ (Year)

_____ (Signature) Declarant"

FILED
MCLENNAN COUNTY
5/16/2025 10:14 AM
JON R. GIMBLE
DISTRICT CLERK
Victoria Perez

CAUSE NO. 2025-976-4

| | | |
|---|---|---|
| APRIL OLDFIELD LEGGETT | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | McLENNAN COUNTY, TEXAS |
| | § | |
| WALMART STORES, INC. | § | 170TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Wal-Mart Stores Texas, LLC (improperly named as Walmart Stores, Inc.), Defendant in the above-referenced cause, and files this its Original Answer and respectfully shows the Court the following:

### I.
### GENERAL DENIAL

Defendant generally denies each and every allegation contained in Plaintiff's Original Petition and demands strict proof thereof by preponderance of the credible evidence.

### II.
### AFFIRMATIVE DEFENSES, INFERENTIAL REBUTTALS, AND OTHER DEFENSIVE MATTERS

Defendant alleges that the incident the subject of this lawsuit was an unavoidable accident, sudden emergency, and was not proximately caused by the acts or omissions of any party.

Defendant may contend that fault should be apportioned among the parties as determined by the finder of fact and hereby invokes all rights and remedies contained in Chapter 33 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE.

Defendant cannot be held to answer for exemplary damages for the acts or omissions of any employee or agent.

Pleading further, in the event Defendant is found liable for exemplary damages, and in the event a verdict is returned against them, Defendant affirmatively alleges that any such liability it

may have is limited as set forth in the applicable provisions of Chapter 41, TEXAS CIVIL PRACTICE & REMEDIES CODE.

In the unlikely event that Plaintiff obtains a judgment for punitive damages, Defendant would show that its liability is limited by the provisions of Chapter 41 of the Texas Civil Practice and Remedies Code; and any award of punitive damages is barred to the extent that it is inconsistent with the standards and limitations set forth in *BMW of North America, Inc. v. Gore*, 517 U.S. 559 (1996), and *State Farm Mutual Automobile Ins. Co. v. Campbell*, 123 S. Ct. 1513 (2003).

Consideration of any punitive damages in this civil action violates the due process clauses of the Fifth and Fourteenth Amendments of the United States Constitution.

An award of punitive damages, if allowed, is a punishment and a quasi-criminal sanction for which Defendants are not afforded the specific procedural safeguards prescribed by the Fourth, Fifth and Sixth Amendments of the United States Constitution.

An award of punitive damages, if allowed, would also violate Article 1, Sections 3, 13, and 19 of the Texas Constitution.

Defendant would show that any award of pre-judgment interest on future damages would deprive Defendant of its property and rights without due process and course of law, and would further constitute an excessive and unreasonable fine or penalty prohibited by the Texas and United States Constitutions. Defendant further pleads that Plaintiff's claims for pre-judgment interest are limited by the dates and amounts set forth in: Chapter 304, TEXAS FINANCE CODE; and Chapter 41, TEXAS CIVIL PRACTICE & REMEDIES CODE.

Defendant invokes its right to have evidence regarding lost wages, loss of earning capacity, loss of pecuniary value or loss of inheritance limited pursuant to TEXAS CIVIL PRACTICE &

REMEDIES CODE § 18.091. Further, Defendant reserves it right to have the jury instructed whether such damages are subject to federal or state income tax.

Defendant invoke its right to have evidence regarding the amount billed and/or written off for medical expenses excluded pursuant to TEXAS CIVIL PRACTICE CODE § 41.0105.

## III.
## RULE 193.7 NOTICE

Pursuant to Texas Rules of Civil Procedure 193.7, Defendant provides notice that it intends to use Plaintiff's production of all documents, tangible things and discovery items produced in response to discovery in any pre-trial proceeding or at trial.

## IV.
## JURY DEMAND

Defendant further demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that Plaintiff take nothing by this suit, that Defendant recover its costs, and for such other and further relief to which Defendant may be justly entitled at law or in equity.

Respectfully submitted,

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
214.220.5210
214.220.5299 Fax

By: */s/ Stacy Hoffman Bruce*
    **STACY HOFFMAN BRUCE**
    Texas Bar No. 24036793
    sbruce@cobbmartinez.com
    **WILLIAM THOMAS CRONIN**
    Texas Bar No. 24140482
    wcronin@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record either by telefax, certified mail, return receipt requested, e-mail and/or regular U.S. mail on this 16th day of May, 2025.

Jose E. Quiles III
W. Cagney McCormick
McCormick Law Firm
400 S. Industrial Blvd., Suite 200
Euless, TX 76040

*/s/ Stacy Hoffman Bruce*
**STACY HOFFMAN BRUCE**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Missy Ramirez on behalf of Stacy Bruce
Bar No. 24036793
mramirez@cobbmartinez.com
Envelope ID: 100921281
Filing Code Description: Answer/Response
Filing Description: Defendant's Original Answer
Status as of 5/16/2025 10:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Guedea | | NGuedea@theinjuryattorney.law | 5/16/2025 10:14:49 AM | SENT |
| Fahar Jumma | | fjumma@theinjuryattorney.law | 5/16/2025 10:14:49 AM | SENT |
| Jose Quiles | | JQuiles@theinjuryattorney.law | 5/16/2025 10:14:49 AM | SENT |
| Ashley McKethan | | amckethan@cobbmartinez.com | 5/16/2025 10:14:49 AM | SENT |
| Will Cronin | | wcronin@cobbmartinez.com | 5/16/2025 10:14:49 AM | SENT |
| Stacy H.Bruce | | sbruce@cobbmartinez.com | 5/16/2025 10:14:49 AM | SENT |
| Missy Ramirez | | mramirez@cobbmartinez.com | 5/16/2025 10:14:49 AM | SENT |

# Case

**Case Number**
2025-976-4

**Description**

**Location**
McLennan County - District Clerk

**Category**
Civil - Injury or Damage

**Case Type**
Premises

**Status**

**Filed Date**
No Date Provided

**Judge**

FILED

2025 MAY 16  PM 12: 56

JON R. GIMBLE
DISTRICT CLERK
MCLENNAN CO., TX
_____ DEPUTY

## Envelope # 100921281

**Submit Date**
05/16/2025 10:14 AM CDT

**Filing Attorney**
Stacy H. Bruce

**Filing Source**
OFS EFSP Filing Interface

**Firm Address**
1700 Pacific Avenue
Suite 3100
Dallas, Texas 75201

**Filer Email**
mramirez@cobbmartinez.com

**Docket Date**
05/16/2025 10:14 AM CDT

**Filed By**
Missy Ramirez

**Firm Name**
Cobb Martinez Woodward PLLC

**Firm Phone**
(214) 220-5200

**Filer Type**
Not Applicable

## Existing Parties

2 Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| Plaintiff | April Oldfield Leggett | Jose Quiles |
| Defendant | Walmart Stores, Inc | Stacy H. Bruce |

## Filings

1 Filing(s)

**Answer/Response**

**Status**
Accepted By Court

**Filing Type**
EFileAndServe

**Reference Number**
6309.01068

**Filing Description**
Defendant's Original Answer

**Filing Comments**

**Filing Courtesy Copies**

Review Date
05/16/2025 10:49 AM CDT

Accept Comments
PLEASE NOTE: THERE IS A $10 FEE FOR JURY DEMAND, PLEASE PAY AT YOUR EARLIEST CONVENIENCE

## Documents

| Component | Document Name | Description | Security | Download Version | Document Size |
|-----------|---------------|-------------|----------|------------------|---------------|
| Lead Document | Leggett-D's Original Answer.pdf | Leggett-D's Original Answer.pdf | Does not contain sensitive data | Original Transmitted | 153.78 KB 243.53 KB |

**Service**                                                    1 Party(s) with Service

| Search by Party Name | Search by Service Contact | SEARCH | RESET |

Walmart Stores, Inc                                    ˅ 4 Service Contact(s)

**Parties with no Contacts for Service**                       1 Party(s) without Service

| Search by Party Name | SEARCH | RESET |

| Party Name | Email Address | Address |
|------------|---------------|---------|
| Leggett, April Oldfield | | 1364 E Rocket Rd, Lorena, Texas 76655 |

# Fees

Description of Fees and Amounts

**Answer/Response**
Filing Fee                                                                  $0.00
                                                               Filing Total: $0.00

**Total Fees**
Total Filing Fees                                                           $0.00
                                                             Envelope Total: $0.00

Payment Information

Payment Account
CMW

Payment Type
CreditCard

Party Responsible for Fees
Walmart Stores, Inc

Transaction ID
148931639

Transaction Response
Approved